IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE DENNIS ROUNDS, JR.,

    Petitioner,                   No. CIV S-04-1232 LKK DAD P

    vs.

CALIFORNIA DIRECTOR OF CORRECTIONS, et al.,

    Respondents.             ORDER

                                /

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the loss of good time credits following his disciplinary hearing on August 11, 2001. Pending before the court is petitioner's document styled, "Petitioner's Ex Parte Motion For An Expedited Determination Of The Magistrate Judge's Recommendations And Findings." Petitioner requests that the court issue its findings and recommendations because he has a parole hearing scheduled in March of 2006, and at past hearings, parole was denied because of the disciplinary ruling.

The motion will be denied. This case is now submitted and in due course, the court will issue its findings and recommendations as the court's caseload will allow.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's January 6, 2006 ex
2 parte motion for an expedited determination by the magistrate judge, is denied.
3 DATED: February 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
roun1232.stat

2