IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE DENNIS ROUNDS, JR.,

    Petitioner,   No. CIV S-04-1232 LKK DAD P

vs.

CALIFORNIA DIRECTOR OF CORRECTIONS, et al.,

    Respondents.   <u>ORDER</u>

/

On February 24, 2006, petitioner filed a request for reconsideration of the magistrate judge's order filed February 16, 2006, denying petitioner's ex parte motion for an expedited ruling on his habeas petition. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed February 16, 2006, is affirmed.
3  DATED: March 20, 2006.

                /s/Lawrence K. Karlton
                UNITED STATES DISTRICT JUDGE

/roun1232.850