IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE DENNIS ROUNDS, JR.,

      Petitioner,                      No. CIV S-04-1232 LKK DAD P

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Respondents.                 <u>ORDER</u>

                             /

      Petitioner has requested an extension of time to file objections to the findings and recommendations filed on March 14, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's April 8, 2008 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the findings and recommendations.

DATED: April 14, 2008.

_DALE A. DROZD_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dd
roun1232.111